IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02224-PAB-STV

ANDRE AZIH,

       Plaintiff,

v.

ACELLA PHARMACEUTICALS, LLC,
a Delaware company,

       Defendant.

## JOINT MOTION TO DISMISS ACTION WITH PREJUDICE

The Plaintiff, Andre Azih, and the Defendant, Acella Pharmaceuticals, LLC (collectively, "Parties"), by and through their undersigned counsel, hereby move the Court to dismiss this action with prejudice, and state as follows:

1.      Under Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request… by court order, on terms the court considers proper."

2.      On August 16, 2021, the Plaintiff filed this action against the Defendant and against Michael Gold ("Gold") individually. ECF No. 1. The Plaintiff filed a First Amended Complaint, *inter alia* dismissing Gold, on September 22, 2021. ECF No. 10-1.

3.      The Parties have agreed to settle this action, including all of the claims that were brought or that could have been brought in this action, with prejudice. As part of their settlement, the Parties have agreed that each Party should pay his/its own attorneys' fees and costs.

4.      No counterclaims have been filed in this action.

1

WHEREFORE, the Parties jointly move the Court to dismiss this action with prejudice, with each side to pay his/its own attorneys' fees and costs.

DATED this 19th day of July, 2023.

*/s/ Adam M. Harrison*

_____

Claire E. Hunter
Adam M. Harrison
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, Colorado 80202
720.255.0370
aharrison@hkm.com

*Counsel for the Plaintiff*

*/s/ Sarah Andrzejczak*

_____

Sarah Andrzejczak
Robert B. Hinckley, Jr.
Buchalter
1624 Market Street, Suite 400
Denver, Colorado 80202
303.253.6745
sandrzejczak@buchalter.com
rhinckley@buchalter.com

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July, 2023, I filed the foregoing Joint Motion  through the CM/ECF system, generating true and accurate copies of this document to all counsel of record.

*/s/ Adam M. Harrison*

_____

Adam M. Harrison

2